UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x

LAWRENCE YOUNG, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

        Plaintiffs,

        v.

PORT OF EGYPT MARINE, INC., AND PORT OF
EGYPT ENTERPRISES, INC.,
        Defendants.

---------------------------------------- x

No.: 1:19-cv-3124

**Notice of Voluntary Discontinuance**

Plaintiff(s), Lawrence Young, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against PORT OF EGYPT MARINE, INC., AND PORT OF EGYPT ENTERPRISES, INC., without prejudice and without fees and costs.

Dated: New York, New York
       September 9, 2019

**GOTTLIEB & ASSOCIATES**

*s/Jeffrey M. Gottlieb*
Jeffrey M. Gottlieb, Esq. (JG-7905)
Dana L. Gottlieb, Esq (DG-6151)
150 East 18th Street
Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

SO ORDERED: [SEP 1 1 2019]

*George B. Daniels*
United States District Court Judge